## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

Criminal Case No. 13-cr-00466-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      JULIAN FLORES-CASTRO,
      a.k.a. Balfre Flores-Castro,

      Defendant.

___

### ORDER SETTING TRIAL DATES AND DEADLINES
___

This matter has been scheduled for a **two-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **January 27, 2014** at 9:00 a.m.  It is

ORDERED THAT all pretrial motions shall be filed by **December 10, 2013**, and responses to these motions shall be filed by **December 17, 2013**.  It is further

ORDERED that a Trial Preparation Conference is set for **January 21, 2014** at 9:00 a.m. in Courtroom A601.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1)      jury selection;

2)      sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED: November 26, 2013.

                              BY THE COURT:

                              RAYMOND P. MOORE
                              United States District Judge