IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Raymond P. Moore**

Criminal Case No. 13-cr-00466-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JULIAN FLORES-CASTRO,
    a.k.a. Balfre Flores-Castro,

    Defendant.

_____

**ORDER SETTING CHANGE OF PLEA AND SENTENCING HEARING**
_____

Pursuant to the Notice of Disposition (Docket No. 13) and Defendant's Unopposed Motion for Immediate Sentencing (Docket No. 14) filed on December 11, 2013, a Change of Plea Hearing and Sentencing Hearing are set for **January 16, 2014, at 9:00 a.m.** Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 48 hours before the change of plea hearing. *See* D.C.COLO.LCrR 11.1C. On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance. *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty. The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

IT IS ORDERED that the trial preparation conference scheduled for **January 21, 2014**, at 9:00 a.m. and the **two-day** jury trial scheduled for **January 27, 2014**, at 9:00 a.m. are VACATED.

DATED this 17th day of December, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge