**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   13-cr-00466-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JULIAN FLORES-CASTRO,

      Defendant.

---

ORDER

---

      PURSUANT to and in accordance with the Change of Plea and Immediate

Sentencing hearing held before the Honorable Raymond P. Moore, United States

District Judge, on January 16, 2014, it is hereby

      ORDERED that Defendant Julian Flores-Castro is sentenced to **TIME SERVED.**

      Dated:  January 16, 2014.

BY THE COURT:


 s/ Raymond P. Moore
RAYMOND P. MOORE,
UNITED STATES DISTRICT JUDGE